IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUAN FRANCISCO VEGA,
et al.,

       Plaintiffs,

v.                                  CASE NO. 4:13-cv-629-MW/CAS

GREGORY VENZ and
DONALD SAWYER,

       Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No.6, filed November 20, 2013. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "The Plaintiffs' motion to certify this case as a class action, ECF No. 3, is **DENIED**. This case is **REMANDED** for

further proceedings."

**SO ORDERED on January 2, 2014.**

**s/Mark E. Walker<br>
United States District Judge**
